**STATE of Missouri, Respondent,**

v.

**Christopher Scott BROWN, Appellant.**

No. ED 78354.

Missouri Court of Appeals,
Eastern District,
Division One.

June 29, 2001.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant, Christopher Scott Brown, appeals from the judgment entered on a jury verdict convicting him of robbery in the first degree in violation of section 569.020 RSMo 2000, on which he was sentenced to fifteen years imprisonment.

An extended opinion would have no precedential value. The parties, however, have been provided with a memorandum opinion for their information only setting forth the reasons for our decision.